# EXHIBIT D


Case 2:13-cv-00507-RTR   Filed 05/07/13   Page 2 of 2   Document 1-4