UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

THE UNIVERSITY SCHOOL OF
MILWAUKEE CORPORATION,

      Plaintiff,

    v.                                  Case No. 2:13-cv-00507

THE UNIVERSAL COMPANIES, and RONN
JOHNSON,

      Defendants.

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, The University School of Milwaukee Corporation, by its attorneys, dismisses this matter without prejudice under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and without costs to any party. The matters in controversy have been resolved pursuant to a settlement agreement.

Dated this 21st day of June, 2013.

                                            /s/ Johanna M. Wilbert
                                            DAVID R. CROSS
                                            State Bar No. 1002866

                                            JOHANNA M. WILBERT
                                            State Bar No. 1060853

                                            QUARLES & BRADY LLP
                                            411 East Wisconsin Avenue, Suite 2350
                                            Milwaukee, WI 53202-4497
                                            Telephone: 414-277-5000
                                            Fax: 414-978-8942
                                            E-mail: david.cross@quarles.com
                                            E-mail: johanna.wilbert@quarles.com

                                            Attorneys for Plaintiff, The University School
                                            of Milwaukee Corporation

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2013, a copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE was caused to be filed electronically using the Court's CM/ECF system. Notice of this filing will be sent to the following parties by U.S. mail and electronic mail to:

Richard H. Porter
Gonzalez Saggio & Harlan LLP
111 E. Wisconsin Ave., Suite 1000
Milwaukee, Wisconsin 53202
414.277.8500
414.277.8521 (fax)
Richard_Porter@gshllp.com

Counsel for Defendants, The Universal Companies, and Ronn Johnson

Dated this 21st day of June, 2013.

/s/ Johanna M. Wilbert_____
Johanna M. Wilbert
Quarles & Brady LLP
411 E. Wisconsin Avenue
Suite 2040
Milwaukee, WI 53202-4497
Phone: (414) 277-5000
Facsimile: (414) 978-8942
johanna.wilbert@quarles.com